JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECAIBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, CONTRACT COMPLIANCE FUND, and SOUTHERN | Case No. 8:24-cv-01235-FWS-JDE<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | |
| 5 | v. |
| 6 | ACS ENGINEERING INC., doing business as "ACS Electrical,", |
| 7 | |
| 8 | Defendant. |

After full consideration of the pleadings and papers on file in this case, the evidence on record, the argument of counsel, and the applicable law; consistent with the court's September 26, 2024, order granting Plaintiffs' motion for default judgment; and good cause appearing:

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, and Southern California IBEW-NECA Administrative Corporation shall recover from Defendant, ACS Engineering, Inc., $41,642.19 in unpaid contributions; $1,885.23 in prejudgment interest; $8,328.44 in liquidated damages; $7,358.35 in attorney fees, including litigation expenses; $490.56 in costs; and post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 from the date judgment is entered until the judgment is paid in full.

17
18
19 DATED: September 26, 2024

                                              Hon. Fred W. Slaughter
                                              UNITED STATES DISTRICT JUDGE